A/M ELECTRIC
21961 GOSHAWK ST.
MCGREGOR, MN 55760

ABCO PLUMBING & HEATING
41 E. PALKIE RD
ESKO, MN 55733

AMERICAN EDUCATION SERVICES
HARRISBURG, PA 17130-0001

ARROWHEAD SUPPLY
20 NORTH 19TH AVE W.
DULUTH, MN 55806

BLOCKBUSTER
244 EAST CENTRAL ENTRANCE
DULUTH, MN 55811

BROTHERS INSULATION
1016 NW 4TH AVE.
GRAND RAPIDS, MN 55744

CREDIT PROTECTION ASSOCIATION
BOX 809099
DALLAS, TX 75380-9099

DAVE TWINING ELECTRIC
4640 SCHULTZ ROAD
DULUTH, MN 55802

DAVID R. NEWCOMB & ASSOCIATES, PA
PO BOX 18036
WEST ST. PAUL, MN 55118

E&H CUSTOM BUILDERS
134 EAST HIGHWAY 61
ESKO, MN 55733

EBI
5910 FREEMONT ST
DULUTH, MN 55807

GRAVES WELL DRILLING
540 S. UGSTAD ROAD
DULUTH, MN 55810

HARTEL'S DBJ
930 HIGHWAY 2
PROCTOR, MN 55810

INTERNAL REVENUE SERVICE
CINCINNATI, OH 45999-0030

JNR ADJUSTMENT COMPANY
2905 NORTHWEST BLVD., STE 220
MINNEAPOLIS, MN 55441

KEITH AND KIMBERLEE COMSTOCK
4227 WASHINGTON DRIVE
HERMANTOWN, MN 55811

LARRY STAUBER
ATTORNEY AT LAW
1011 EAST CENTRAL ENTRANCE
DULUTH, MN 55811

LHB
21 WEST SUPERIOR ST.
DULUTH, MN 55802

LIGHTFAIRE
4258 HAINES RD
HERMANTOWN, MN 55811

MBNA AMERICA
P.O. BOX15137
WILMINGTON, DE 19886-5137

MEINTS ELECTRIC CO
4018 W. TISCHER RD.
DULUTH, MN 55803

MIDWAY LUMBER
3850 MIDWAY ROAD

DULUTH, MN 55810

MINNESOTA POWER
PO BOX 1001
DULUTH, MN 55806-1001

NISTLERPLUMBING AND HEATING
25443 420TH LANE
MCGREGOR, MN 55760

ORAL & MAXILOFACIAL SURGICAL ASSOCIATES
1000 E. FIRST ST., STE. 302
DULUTH, MN 55805

RADIOLOGIST ASSOCIATED IN DULUTH, LTD.
925 E. SUPERIOR STREET
DULUTH, MN 55802

RCB COLLECTIONS
106 E. 23RD STREET
HIBBING, MN 55746

ROCHLEN AND BARBARA CHAPIN
4232 WASHINGTON DRIVE
HERMANTOWN, MN 55811

RON SMITH
5667 WEST ARROWHEAD ROAD
HERMANTOWN, MN 55811

ROSSO & SEIERSTAD
PO BOX 130668
ST. PAUL, MN 55113-0006

TRANSWORLD SYSTEMS
1611 WEST COUNTY ROAD B, #306
ST. PAUL, MN 55113

TWIN PORTS PIZZA - DOMINOS PIKE LAKE
5704 MILLER TRUNK HIGHWAY
DULUTH, MN 55811

WASTE MANAGEMENT OF DULUTH
3101 WEST SUPERIOR STREET
DULUTH, MN 55806