FORM B9A (Chapter 7 Individual or Joint Debtor No Asset Case) (5/97) Case Number **05 - 51761 - GFK**

# UNITED STATES BANKRUPTCY COURT

District of Minnesota

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 10/13/05.

You may be a creditor of the debtor. **This notice lists important deadlines**. You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected by accessing the court's web site at **www.mnb.uscourts.gov** or at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

See Reverse Side For Important Explanations.

Debtor(s) (name(s) and address):
DANIELLE LEE TANSKI
5651 HAGBERG ROAD
HERMANTOWN, MN 55811

| Case Number: 05 - 51761 - GFK | Social Security/Taxpayer ID Nos.: XXX-XX-3771 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>YVONNE MICHAUD NOVAK<br>227 W FIRST ST STE 500<br>DULUTH, MN 55802-2174<br>Telephone number: 218-722-2144 | Bankruptcy Trustee (name and address):<br>BRIDGET A BRINE<br>2009 LONDON RD STE 100<br>DULUTH, MN 55812<br>Telephone number: 218-724-3370 |

## Meeting of Creditors:

Date: **December 12, 2005** Time: **11:00 am** Location: **U S BANKRUPTCY COURT**
**U S COURTHOUSE 4TH FLOOR COURTROOM 2**
**515 W 1ST ST**
**DULUTH, MN 55802**

## Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor** *or* **to Determine Dischargeability of Certain Debts:**
02/10/06

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:

The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

Please Do Not File A Proof of Claim Unless You Receive a Notice To Do So.

| **Address of the Bankruptcy Clerk's Office:** | **For the Court:** |
|---|---|
| U S BANKRUPTCY COURT<br>U S COURTHOUSE RM 416<br>515 W 1ST ST<br>DULUTH, MN 55802<br>Web address: www.mnb.uscourts.gov | Clerk of the Bankruptcy Court:<br>LORI VOSEJPKA |
| Hours Open: Monday - Friday 8:00 AM - 5:00 PM | Date: 10/14/05 |

# EXPLANATIONS

FORM B9A(9/97)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Creditors May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors*. Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), (6), or (15), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. You may want to consult an attorney to protect your rights. |

**---Refer to Other Side For Important Deadlines and Notices---**

BAE SYSTEMS
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0864-5          User: user77          Page 1 of 1            Date Rcvd: Oct 14, 2005
Case: 05-51761                Form ID: 316          Total Served: 41
```

```
The following entities were served by first class mail on Oct 16, 2005.
db         +TANSKI, DANIELLE LEE,   5651 HAGBERG ROAD,   HERMANTOWN, MN 55811-1312
aty        +NOVAK, YVONNE MICHAUD,   227 W FIRST ST STE 500,   DULUTH, MN 55802-5054
tr         +BRINE, BRIDGET A,   2009 LONDON RD STE 100,   DULUTH, MN 55812-2126
6799035    +ABCO PLUMBING & HEATING,   41 E PALKIE RD,   ESKO MN 55733-9756
6799034    +AM ELECTRIC,   21961 GOSHAWK ST,   MCGREGOR MN 55760-5436
6799036     AMERICAN EDUCATION SERVICES,   HARRISBURG PA  17130-0001
6799037    +ARROWHEAD SUPPLY,   20 NORTH 19TH AVE W,   DULUTH MN 55806-2127
6799038    +BLOCKBUSTER,   244 EAST CENTRAL ENTRANCE,   DULUTH MN 55811-5512
6799039    +BROTHERS INSULATION,   1016 NW 4TH AVE,   GRAND RAPIDS MN 55744-2435
6799041    +DAVE TWINING ELECTRIC,   4640 SCHULTZ ROAD,   DULUTH MN 55803-9439
6799042    +DAVID R NEWCOMB & ASSOCIATES PA,   PO BOX 18036,   WEST ST PAUL MN 55118-0036
6799043    +E&H CUSTOM BUILDERS,   134 EAST HIGHWAY 61,   ESKO MN 55733-9607
6799044    +EBI,   5910 FREEMONT ST,   DULUTH MN 55807-2113
6799045    +GRAVES WELL DRILLING,   540 S UGSTAD ROAD,   DULUTH MN 55810-2445
6799046    +HARTELS DBJ,   930 HIGHWAY 2,   PROCTOR MN 55810-1654
6799048    +JNR ADJUSTMENT COMPANY,   2905 NORTHWEST BLVD STE 220,   MINNEAPOLIS MN 55441-8766
6799049    +KEITH AND KIMBERLEE COMSTOCK,   4227 WASHINGTON DRIVE,   HERMANTOWN MN 55811-3683
6799050    +LARRY STAUBER,   ATTORNEY AT LAW,   1011 EAST CENTRAL ENTRANCE,   DULUTH MN 55811-5501
6799051    +LHB,   21 WEST SUPERIOR ST,   DULUTH MN 55802-3006
6799052    +LIGHTFAIRE,   4258 HAINES RD,   HERMANTOWN MN 55811-3925
6799053     MBNA AMERICA,   PO BOX15137,   WILMINGTON DE  19886-5137
6799054    +MEINTS ELECTRIC CO,   4018 W TISCHER RD,   DULUTH MN 55803-2717
6799055     MIDWAY LUMBER,   3850 MIDWAY ROAD,   DULUTH MN  55810
6799056     MINNESOTA POWER,   PO BOX 1001,   DULUTH MN  55806-1001
6799071    +MN DEPT OF REVENUE,   BANKRUPTCY SECTION,   PO BOX 64447,   ST PAUL MN 55164-0447
6799057    +NISTLERPLUMBING AND HEATING,   25443 420TH LANE,   MCGREGOR MN 55760-5644
6799058    +ORAL & MAXILOFACIAL SURGICAL ASSOCIATES,   1000 E FIRST ST STE 302,   DULUTH MN 55805-2297
6799059    +RADIOLOGIST ASSOCIATED IN DULUTH LTD,   925 E SUPERIOR STREET,   DULUTH MN 55802-2238
6799060    +RCB COLLECTIONS,   106 E 23RD STREET,   HIBBING MN 55746-1906
6799061    +ROCHLEN AND BARBARA CHAPIN,   4232 WASHINGTON DRIVE,   HERMANTOWN MN 55811-3687
6799062    +RON SMITH,   5667 WEST ARROWHEAD ROAD,   HERMANTOWN MN 55811-1336
6799063     ROSSO & SEIERSTAD,   PO BOX 130668,   ST PAUL MN  55113-0006
6799067     ST LOUIS COUNTY SHERIFF,   ST LOUIS COUNTY COURTHOUSE,   DULUTH MN 55801
6799070    +STATE OF MINNESOTA,   DEPT OF MANPOWER SERVICES,   390 N ROBERT ST,   ST PAUL MN 55101-1812
6799064    +TRANSWORLD SYSTEMS,   1611 WEST COUNTY ROAD B 306,   ST PAUL MN 55113-4053
6799065    +TWIN PORTS PIZZA - DOMINOS PIKE LAKE,   5704 MILLER TRUNK HIGHWAY,   DULUTH MN 55811-1238
6799069    +UNITED STATES ATTORNEY,   600 US COURTHOUSE,   300 S 4TH ST,   MINNEAPOLIS MN 55415-3070
6799068    +UNITED STATES TRUSTEE,   1015 US COURTHOUSE,   300 S 4TH ST,   MINNEAPOLIS MN 55415-3070
6799066    +WASTE MANAGEMENT OF DULUTH,   3101 WEST SUPERIOR STREET,   DULUTH MN 55806-1751

The following entities were served by electronic transmission on Oct 15, 2005 and receipt of the transmission
was confirmed on:
6799040     EDI: CREDPROT.COM Oct 15 2005 10:53:00     CREDIT PROTECTION ASSOCIATION,   BOX 809099,
               DALLAS TX  75380-9099
6799047     EDI: IRS.COM Oct 15 2005 10:53:00     INTERNAL REVENUE SERVICE,   CINCINNATI OH  45999-0030
                                                                                                   TOTAL: 2

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 16, 2005** **Signature:** Joseph Speetjens