IN RE Tanski, Danielle Case No. ____________
Debtor(s)

# AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under: ☐ Check if debtor claims a homestead exemption that exceeds $125,000.
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| 5651 Hagberg Road<br>Hermantown, MN 55811<br><br>Legally described as:<br>W1/2 of SE 1/4 of NW 1/4,<br>Except E1/2, Section 8, Township 50,<br>Range 15<br>St. Louis County<br><br>Mortgage of $386,000 in husband's name | MSA §§ 510.01, 510.02 | 89,000.00 | 89,000.00 |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| 20 year old Bedroom and living room set, marital interest in kitchen and dining room furniture and other household applicances | MSA § 550.37 subd.4(b) | 1,500.00 | 1,500.00 |
| 100% owner of Danielle Tanski Construction - license suspended for a year | MSA § 550.37 subd. 6 | 1.00 | 1.00 |
| 1.5 year old Compaq computer with printer/fax/scanner | MSA § 550.37 subd. 6 | 600.00 | 600.00 |

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Minnesota**

**IN RE:** Case No. ______

Tanski, Danielle Chapter 7
Debtor(s)

## SIGNATURE DECLARATION

☐ PETITION, SCHEDULES & STATEMENTS

☐ CHAPTER 13 PLAN

☐ SCHEDULES & STATEMENTS ACCOMPANYING VERIFIED CONVERSION

☑ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS

☐ MODIFIED CHAPTER 13 PLAN

☐ OTHER (Please describe) ______

I [We], the undersigned debtor(s) or authorized representative of the debtor, ***make the following declarations under penalty of perjury:***

- The information I have given my attorney and provided in the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;
- The information provided in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case is true and correct;
- [**individual debtors only**] If no Social Security Number is included in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case, it is because I do not have a Social Security Number;
- I consent to my attorney electronically filing with United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration and the completed "Debtor Information Pages," if applicable; and
- [**corporate and partnership debtors only**] I have been authorized to file this petition on behalf of the debtor.

Date: June 1, 2006

X ______ X ______
Signature of Debtor or Authorized Representative Signature of Joint Debtor

Danielle Tanski
Printed Name of Debtor or Authorized Representative Printed Name of Joint Debtor

SIGN HERE

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only