MN-204

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE: CHAPTER 7

DANIELLE LEE TANSKI, CASE NO. 05-51761 GFK

Debtor.

---

**NOTICE OF ABANDONMENT**

---

TO: The United States Trustee, all creditors and other parties in interest.

On January 22, 2007, or as soon thereafter as the transaction may be completed, the undersigned trustee of the estate of the debtor named above will abandon property of the estate as follows:

The debtor claimed in her 341(a) meeting on December 12, 2005 that Mary & Brian Gonstead of 3512 Eddy Lane, Eau Claire, WI, owed her $28,143.63. Because the defenses and counterclaims exceed the debtor's claim, the trustee deems such abandonment to be in the best interests of the estate.

**OBJECTION: MOTION: HEARING**. Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date. If an objection is made or an order is required, the trustee moves the court for such orders as may be necessary and appropriate. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee.

Clerk of Court
US Bankruptcy Court
416 West First Street
Duluth, MN 55802

United States Trustee
1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Bridget A. Brine
Chapter 7 Trustee
2009 London Road
Suite 100
Duluth, MN 55812

Dated: December 27, 2006

*/e/ Bridget A. Brine*
Bridget A. Brine, Trustee
Attorney ID 22778X
2009 London Road
Suite 100
Duluth, MN 55812
(218) 724-3370