UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:

Chapter 7 Case
Case No. BKY 05-51761-GFK

DANIELLE TANSKI d/b/a
DANIELLE TANSKI CONSTRUCTION,
Debtor.

# ORDER TO GRANT RELIEF FROM DISCHARGE INJUNCTION

The above-entitled matter came before the Court on the motion of Rocklon and Barbara Chapin ("Movants") seeking relief from the bankruptcy discharge injunction. Based upon the files, records and proceedings herein, and the Court having been fully advised:

IT IS HEREBY ORDERED:

Movants Rocklon and Barbara Chapin's Motion to Lift the Discharge Injunction is granted and they are authorized to proceed with their claim against Debtor Danielle Tanski d/b/a Danielle Tanski Construction for the purpose of recovering from the Minnesota Contractor's Recovery Fund.

All communications including, but not limited to, notices required by state law sent by Movants in connection with proceeding against the above property may be sent directly to Debtor.

Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated: May 4, 2011.

/e/ Gregory F. Kishel

Hon. Gregory F. Kishel
Chief United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 05/04/2011
Lori Vosejpka, Clerk, by AMM