UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:

Chapter 7 Case
Case No. BKY 05-51761-GFK

DANIELLE TANSKI d/b/a
DANIELLE TANSKI CONSTRUCTION,
Debtor.

**ORDER TO GRANT RELIEF FROM DISCHARGE INJUNCTION**

The above-entitled matter came before the Court on the motion of Rocklon and Barbara Chapin ("Movants") seeking relief from the bankruptcy discharge injunction. Based upon the files, records and proceedings herein, and the Court having been fully advised:

IT IS HEREBY ORDERED:

Movants Rocklon and Barbara Chapin's Motion to Lift the Discharge Injunction is granted and they are authorized to proceed with their claim against Debtor Danielle Tanski d/b/a Danielle Tanski Construction for the purpose of recovering from the Minnesota Contractor's Recovery Fund.

All communications including, but not limited to, notices required by state law sent by Movants in connection with proceeding against the above property may be sent directly to Debtor.

Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated: May 4, 2011.

/e/ Gregory F. Kishel

Hon. Gregory F. Kishel
Chief United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 05/04/2011
Lori Vosejpka, Clerk, by AMM

United States Bankruptcy Court
District of Minnesota

In re:
DANIELLE LEE TANSKI
Debtor

Case No. 05-51761-GFK
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0864-5 User: amm Page 1 of 1 Date Rcvd: May 04, 2011
Form ID: pdf111 Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2011.

db +DANIELLE LEE TANSKI, 5651 HAGBERG ROAD, HERMANTOWN, MN 55811-1312
cr +Barbara Chapin, 4232 Washington Dr., Hermantown, Mn 55811-3687
cr +ROCKLON CHAPIN, 4232 WASHINGTON DRIVE, HERMANTOWN, MN 55811-3687

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 06, 2011** **Signature:** Joseph Speetjens